**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Maple Management, LLC d/b/a RAE Elevators & Lifts and d/b/a RAE Elevators, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-1097240** |

| | |
|---|---|
| 4. | **Debtor's address** |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **245 W. Roosevelt Road** **Building 11 No. 77** **West Chicago, IL 60185** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **DuPage** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.raelifts.com** |

| | |
|---|---|
| 6. | **Type of debtor** |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case number (*if known*) _____

Debtor  **Maple Management, LLC d/b/a RAE Elevators & Lifts and d/b/a RAE Elevators, Inc.**
Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| Debtor | | Relationship |
|---|---|---|
| _____ | | _____ |
| District | When | Case number, if known |
| _____ | _____ | _____ |

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor    **Maple Management, LLC d/b/a RAE Elevators & Lifts and
d/b/a RAE Elevators, Inc.**    Case number (*if known*)

Name

Debtor  **Maple Management, LLC d/b/a RAE Elevators & Lifts and d/b/a RAE Elevators, Inc.**

Case number (*if known*) _____

Name

---

**11. Why is the case filed in *this district?***

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**         .  Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Maple Management, LLC d/b/a RAE Elevators & Lifts and d/b/a RAE Elevators, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February 17, 2021**
                MM / DD / YYYY

**X /s/ James Mecha**                                          **James Mecha**
Signature of authorized representative of debtor              Printed name

Title     **Manager**

**18. Signature of attorney**

**X /s/ Ariel Weissberg**                                Date   **February 17, 2021**
Signature of attorney for debtor                               MM / DD / YYYY

**Ariel Weissberg 03125591**
Printed name

**Weissberg and Associates, Ltd.**
Firm name

**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**
Number, Street, City, State & ZIP Code

Contact phone   **312-663-0004**      Email address   **ariel@weissberglaw.com**

**03125591 IL**
Bar number and State

7:40 AM

02/15/21
Accrual Basis

# Maple Managegement LLC dba RAE Elevators & Lifts
## Profit & Loss
### January through December 2020

|  | Jan - Dec 20 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Interest credit | 10,903.00 |
| Labor Costs | 125.00 |
| Miscellanous Fee's | 12,024.34 |
| Property Rental/Real Estate | 39,780.00 |
| 47900 · Sales | 37,119.47 |
| 49900 · Uncategorized Income | 3,530.00 |
| **Total Income** | 103,481.81 |
| **Cost of Goods Sold** | |
| 50000 · Cost of Goods Sold | 100.00 |
| **Total COGS** | 100.00 |
| **Gross Profit** | 103,381.81 |
| **Expense** | |
| Accounting Fee's | 2,800.00 |
| Bid fee | 0.00 |
| CAsh Association Fee's Porte De | 5,742.08 |
| Customer Refund | 0.00 |
| Equipment Purchase | |
| Savaria - Parts orders | 42,472.93 |
| Equipment Purchase - Other | -389,697.64 |
| **Total Equipment Purchase** | -347,224.71 |
| Inspection Fee | 2,055.00 |
| Legal Expenses | 75,565.46 |
| License | 1,333.75 |
| Membership Fee's/Dues | -378.31 |
| misc | 5,924.36 |
| Office Maintenance / Cleaning | 9,229.01 |
| Office/Warehouse Cleaning | 1,230.00 |
| Other Income | -4,482.50 |
| Payroll Taxes | 28,442.03 |
| Refuge/Garbage collection | 2,031.60 |
| Repayment of loan/ Equity | 42,755.00 |
| Retail Sales Tax | -287.80 |
| Security Services | 204.59 |
| Service/Repairs-Outside Company | 13,275.26 |
| Shipping Costs | -882.59 |
| Union Benefit Contributions | 72,238.26 |
| 60000 · Advertising and Promotion | 4,305.79 |
| 60200 · Automobile Expense | 44,151.49 |
| 60400 · Bank Service Charges | 962.92 |
| 61700 · Computer and Internet Expenses | 4,085.44 |
| 63300 · Insurance Expense | 47,702.98 |
| 63400 · Interest Expense | 109,918.29 |
| 64300 · Meals and Entertainment | 1,244.31 |
| 64900 · Office Supplies | 10,127.50 |
| 66000 · Payroll Expenses | 105,050.78 |
| 66700 · Professional Fees | -35,717.17 |
| 66900 · Reconciliation Discrepancies | 38,047.60 |
| 67100 · Rent Expense | 111,202.69 |
| 67200 · Repairs and Maintenance | -10,654.72 |
| 68100 · Telephone Expense | 7,012.17 |
| 68400 · Travel Expense | 1,153.58 |
| 68600 · Utilities | 15,821.51 |
| **Total Expense** | 363,985.65 |
| **Net Ordinary Income** | -260,603.84 |

**7:40 AM**

**02/15/21**

**Accrual Basis**

## Maple Managegement LLC dba RAE Elevators & Lifts
## Profit & Loss
### January through December 2020

|  | Jan - Dec 20 |
|---|---|
| **Other Income/Expense** | |
| **Other Income** | |
| Reimbursed Loans | -19,200.00 |
| **Total Other Income** | -19,200.00 |
| **Other Expense** | |
| Customer Loyalty Discount | 17,144.00 |
| Permit Fee | 3,803.60 |
| Shipping Charges | 9,430.67 |
| 80000 · Ask My Accountant | 92,387.62 |
| **Total Other Expense** | 122,765.89 |
| **Net Other Income** | -141,965.89 |
| **Net Income** | -402,569.73 |

## Maple Managegement LLC dba RAE Elevators & Stairs
## Sales by Customer Summary
### January through December 2020

7:40 AM
02/15/21
Accrual Basis

| | Jan - Dec 20 |
|---|---:|
| | 376.00 |
| 11900 Freeman LLC | 2,901.14 |
| 2434 W. Division | 740.00 |
| Acorn Stairlifts | 41,320.00 |
| AGAE Contractors | 500.00 |
| Allen Residence | 4,540.00 |
| Alvarez Residence | 354.08 |
| Bodie Residence | 1,012.05 |
| Burling Builders | 2,550.00 |
| Butler University | 4,460.00 |
| Butynski Residence | 3,944.20 |
| Calvary Baptist Church | 500.00 |
| Casanovaacuna | 1,900.00 |
| Cheri Tanner | 171,097.56 |
| Chicago Stair Lift Company | 1,691.45 |
| Church of Christ | 6,634.63 |
| City Lights Church | 350.00 |
| David Management LLC | 300.00 |
| Degeratto Residence | 5,000.00 |
| Dejesus Residence | 2,000.00 |
| Dragan Goubovic | 910.00 |
| Family Shelter | 2,665.00 |
| Fisher Residence | 3,718.67 |
| Four Quarters | 1,912.50 |
| George Mason University | 2,425.00 |
| Gordon, S Residence | 291.75 |
| Govert Residence | 1,500.00 |
| Grainger Residence | 1,583.64 |
| Holy Angels Scool-Aurora | 2,155.10 |
| Incline Construction/Welding | 50.00 |
| Joe Rogowski | 515.00 |
| Judson University | 45,985.00 |
| K.R. Miller COntractors, Inc. | 305.00 |
| Korzeniewski Residence | 935.00 |
| Lake Forest Building | 300.00 |
| Lake Forest Building Account | 455.00 |
| Larson Middle School | 1,830.00 |
| Lashiver/Catherine Pate | 20,714.00 |
| Leasing & Management Company | 300.00 |
| Lisle Bible Church | 3,620.00 |
| Lopez, Michael & Brittini | 354.40 |
| Maple Services Inc. | 209,099.00 |
| MCC-Chicago | 2,569.23 |
| Millard Residence | 300.00 |
| Monaco Chicago | 770.00 |
| Mortenson | 175.00 |
| Munster Dental Center | 1,912.50 |
| North Carolina ATT | 41,985.00 |
| Otis Elevator | 350.00 |
| Pacific Holdings | 366.03 |
| Penecostal Church of God | 3,072.73 |
| Plymouth MWG | 55,457.15 |
| Porte De L'eau Condo Association | 22,985.00 |
| Read-Dunning School | 315.00 |
| Ridge Country Club | 17,500.00 |
| Science & Arts Academy | 6,110.00 |
| Scottdale Insurance Company | 2,933.06 |
| Shepard Care Homes | 47,605.00 |
| SMart Elevators | 16,069.00 |
| SpringHill Suites | 46,470.00 |
| St Benedicts Catholic Church | 1,767.50 |
| St Mathews Church | 70,471.46 |
| St. Pius Catholic Church | 1,850.00 |
| Tanner Residence | 55,000.00 |
| Walsh Construction Company II, LLC | |

## Maple Managegement LLC dba RAE Elevators & Lifts
## Sales by Customer Summary
### January through December 2020

| | Jan - Dec 20 |
|---|---:|
| Wesmere Clubhouse | 1,040.00 |
| Woolf Distributing Co. | 465.00 |
| **TOTAL** | **951,333.83** |

**Maple Managegement LLC dba RAE Elevators & Lifts**

7:41 AM

02/15/21

Accrual Basis

# Balance Sheet
### As of December 31, 2020

|  | Dec 31, 20 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Security Deposit account | 12,160.52 |
| 7002 · Maple/RAE Operating account | -31,074.66 |
| **Total Checking/Savings** | -18,914.14 |
| **Accounts Receivable** | |
| 11000 · Accounts Receivable | 237,934.08 |
| **Total Accounts Receivable** | 237,934.08 |
| **Other Current Assets** | |
| 12100 · Inventory Asset | -100.00 |
| **Total Other Current Assets** | -100.00 |
| **Total Current Assets** | 218,919.94 |
| **Other Assets** | |
| Association Fee's Cash Payments | 597.09 |
| **Total Other Assets** | 597.09 |
| **TOTAL ASSETS** | **219,517.03** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| Maple Debit Card | -1,900.00 |
| **Total Credit Cards** | -1,900.00 |
| **Other Current Liabilities** | |
| Loan Out | 43,527.24 |
| **Total Other Current Liabilities** | 43,527.24 |
| **Total Current Liabilities** | 41,627.24 |
| **Long Term Liabilities** | |
| Bank Loan | 349,214.23 |
| Loan James Mecha | 198,029.78 |
| **Total Long Term Liabilities** | 547,244.01 |
| **Total Liabilities** | 588,871.25 |
| **Equity** | |
| 30000 · Opening Balance Equity | 2,388.45 |
| 32000 · Retained Earnings | 30,827.06 |
| Net Income | -402,569.73 |
| **Total Equity** | -369,354.22 |
| **TOTAL LIABILITIES & EQUITY** | **219,517.03** |

Form **1120**

Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2019 or tax year beginning _____, 2019, ending _____, 20____

▶ Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2019**

| A Check if: | | | | |
|---|---|---|---|---|
| 1a Consolidated return (attach Form 851) | ☐ | **TYPE OR PRINT** | **Name** RAE Lifts, Inc. | **B Employer identification number** |
| b Life/nonlife consolidated return | ☐ | | Number, street, and room or suite no. If a P.O. box, see instructions. 245 West Roosevelt Road, Bldg. 11, Suite 77 | **C Date incorporated** 01/01/2015 |
| 2 Personal holding co. (attach Sch. PH) | ☐ | | City or town, state or province, country, and ZIP or foreign postal code West Chicago          IL 60185 | **D Total assets (see instructions)** $ 310,453 |
| 3 Personal service corp. (see instructions) | ☐ | | | |

4 Schedule M-3 attached ☐   E Check if: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☒ Name change **(4)** ☐ Address change

## Income

| | | | | |
|---|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 1,143,729 | |
| b | Returns and allowances | 1b | 5,464 | |
| c | Balance. Subtract line 1b from line 1a | | | 1c 1,138,265 |
| 2 | Cost of goods sold (attach Form 1125-A) | | | 2 499,403 |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 638,862 |
| 4 | Dividends and inclusions (Schedule C, line 23) | | | 4 |
| 5 | Interest | | | 5 |
| 6 | Gross rents | | | 6 |
| 7 | Gross royalties | | | 7 |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | 8 |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 9 |
| 10 | Other income (see instructions—attach statement)   Other Income Statement | | | 10 59,492 |
| 11 | **Total income.** Add lines 3 through 10 ▶ | | | 11 698,354 |

## Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (see instructions—attach Form 1125-E) ▶ | | 12 110,323 |
| 13 | Salaries and wages (less employment credits) | | 13 112,853 |
| 14 | Repairs and maintenance | | 14 21,674 |
| 15 | Bad debts | | 15 |
| 16 | Rents | | 16 56,264 |
| 17 | Taxes and licenses | | 17 17,643 |
| 18 | Interest (see instructions) | | 18 28,755 |
| 19 | Charitable contributions | | 19 |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | 20 0 |
| 21 | Depletion | | 21 |
| 22 | Advertising | | 22 18,231 |
| 23 | Pension, profit-sharing, etc., plans | | 23 101,812 |
| 24 | Employee benefit programs | | 24 |
| 25 | Reserved for future use | | 25 |
| 26 | Other deductions (attach statement)   Other Deductions Statement | | 26 227,709 |
| 27 | **Total deductions.** Add lines 12 through 26 ▶ | | 27 695,264 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. | | 28 3,090 |
| 29a | Net operating loss deduction (see instructions) | 29a 3,090 | |
| b | Special deductions (Schedule C, line 24) | 29b | |
| c | Add lines 29a and 29b | | 29c 3,090 |

## Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---|
| 30 | Taxable income. Subtract line 29c from line 28. See instructions | | 30 0 |
| 31 | Total tax (Schedule J, Part I, line 11) | | 31 0 |
| 32 | 2019 net 965 tax liability paid (Schedule J, Part II, line 12) | | 32 |
| 33 | Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | | 33 0 |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☐ | | 34 |
| 35 | Amount owed. If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | | 35 |
| 36 | Overpayment. If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | | 36 0 |
| 37 | Enter amount from line 36 you want: Credited to 2020 estimated tax ▶ _____   Refunded ▶ | | 37 |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | Date | Title President | May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No |
|---|---|---|---|

## Paid Preparer Use Only

| Print/Type preparer's name Geoff Schlender | Preparer's signature | Date 02/10/2021 | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ Lyday & Associates, Ltd. | | | Firm's EIN ▶ | |
| Firm's address ▶ 3180 Theodore Street Joliet IL 60435 | | | Phone no. (815)439-2500 | |

Form 1120 (2019)                                                                                                      Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . . | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . . . | | see instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . . | | | |
| 15 | Section 965(a) inclusion . . . . . . . . . . . . . . . . . | | see instructions | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . . | | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . . . . | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 . . . . . . . . . . . . . . . . . . . | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . . | | | |

Form 1120 (2019)                                                                                                       Page **3**

| **Schedule J** | **Tax Computation and Payment** (see instructions) | | |
|---|---|---|---|

**Part I–Tax Computation**

| | | | |
|---|---|---|---|
| **1** | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ▶ ☐ | | |
| **2** | Income tax. See instructions . . . . . . . . . . . . . . . . | **2** | 0 |
| **3** | Base erosion minimum tax amount (attach Form 8991) . . . . . . . . . | **3** | |
| **4** | Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . | **4** | 0 |
| **5a** | Foreign tax credit (attach Form 1118) . . . . . . . | **5a** | | |
| **b** | Credit from Form 8834 (see instructions) . . . . . . | **5b** | | |
| **c** | General business credit (attach Form 3800) . . . . . | **5c** | | |
| **d** | Credit for prior year minimum tax (attach Form 8827) . . | **5d** | | |
| **e** | Bond credits from Form 8912 . . . . . . . . . | **5e** | | |
| **6** | **Total credits.** Add lines 5a through 5e . . . . . . . . . . . . | **6** | |
| **7** | Subtract line 6 from line 4 . . . . . . . . . . . . . . . . | **7** | 0 |
| **8** | Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . | **8** | |
| **9a** | Recapture of investment credit (attach Form 4255) . . | **9a** | | |
| **b** | Recapture of low-income housing credit (attach Form 8611) | **9b** | | |
| **c** | Interest due under the look-back method—completed long-term contracts (attach Form 8697) . . . . . . . . . . . . . . . . . . . | **9c** | | |
| **d** | Interest due under the look-back method—income forecast method (attach Form 8866) | **9d** | | |
| **e** | Alternative tax on qualifying shipping activities (attach Form 8902) . . . . | **9e** | | |
| **f** | Other (see instructions—attach statement) . . . . | **9f** | | |
| **10** | **Total.** Add lines 9a through 9f . . . . . . . . . . . . . . | **10** | |
| **11** | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 . . . . . | **11** | 0 |

**Part II–Section 965 Payments** (see instructions)

| | | | |
|---|---|---|---|
| **12** | 2019 net 965 tax liability paid from Form 965-B, Part II, column (k), line 3. Enter here and on page 1, line 32 . . | **12** | |

**Part III–Payments, Refundable Credits, and Section 965 Net Tax Liability**

| | | | |
|---|---|---|---|
| **13** | 2018 overpayment credited to 2019 . . . . . . . . . . . . . . | **13** | |
| **14** | 2019 estimated tax payments . . . . . . . . . . . . . . . | **14** | |
| **15** | 2019 refund applied for on Form 4466 . . . . . . . . . . . . . | **15** | ( ) |
| **16** | Combine lines 13, 14, and 15 . . . . . . . . . . . . . . . . | **16** | |
| **17** | Tax deposited with Form 7004 . . . . . . . . . . . . . . . | **17** | 0 |
| **18** | Withholding (see instructions) . . . . . . . . . . . . . . . | **18** | |
| **19** | **Total payments.** Add lines 16, 17, and 18 . . . . . . . . . . . . | **19** | 0 |
| **20** | Refundable credits from: | | |
| **a** | Form 2439 . . . . . . . . . . . . . . . | **20a** | | |
| **b** | Form 4136 . . . . . . . . . . . . . . . | **20b** | | |
| **c** | Form 8827, line 5c . . . . . . . . . . . . | **20c** | | |
| **d** | Other (attach statement—see instructions) . . . . | **20d** | | |
| **21** | **Total credits.** Add lines 20a through 20d . . . . . . . . . . . . | **21** | |
| **22** | 2019 net 965 tax liability from Form 965-B, Part I, column (d), line 3. See instructions | **22** | |
| **23** | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 . . . . . . . . . . . . . . . . . . . . . . | **23** | 0 |

Form **1120** (2019)

REV 06/30/20 PRO

Form 1120 (2019)                                                                                                                                    Page **4**

| **Schedule K** | **Other Information** (see instructions) | | | | Yes | No |
|---|---|---|---|---|---|---|

**1** Check accounting method: **a** ☒ Cash  **b** ☐ Accrual  **c** ☐ Other (specify) ▶ ...............................................

**2** See the instructions and enter the:

  **a** Business activity code no. ▶ ███████

  **b** Business activity ▶ Sales

  **c** Product or service ▶ Medical Lifts

**3** Is the corporation a subsidiary in an affiliated group or a parent–subsidiary controlled group? . . . . . . . . . . | | ×

  If "Yes," enter name and EIN of the parent corporation ▶ ..........................................................

**4** At the end of the tax year:

  **a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . | | ×

  **b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G)   . | | ×

**5** At the end of the tax year, did the corporation:

  **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions. | | ×

  If "Yes," complete (i) through (iv) below.

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

  **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. | | ×

  If "Yes," complete (i) through (iv) below.

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Organization | **(iv)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . . | | ×

  If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

  If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock?   . | | ×

  For rules of attribution, see section 318. If "Yes," enter:

  **(a)** Percentage owned ▶ .....................   and **(b)** Owner's country ▶ .....................

  **(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ ..................

**8** Check this box if corporation issued publicly offered debt instruments with original issue discount . . . . ▶ ☐

  If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ .....................

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ .....................

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) ▶ ☐

  If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $      3,193.

Form 1120 (2019) <span style="float:right">Page **5**</span>

| **Schedule K** | **Other Information** *(continued from page 4)* | Yes | No |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000?  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | | × |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions  .  .  .  . | | × |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099?  .  .  .  .  .  .  .  .  . | × | |
| b | If "Yes," did or will the corporation file required Form(s) 1099?  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | × | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | × | |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | × |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | × |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | × |
| 20 | Is the corporation operating on a cooperative basis?  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | | × |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | | × |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3))  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | | × |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | × |
| 24 | Does the corporation satisfy one or more of the following? See instructions  .  .  .  .  .  .  .  .  .  .  .  . | | × |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," to any, complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? .  .  .  .  .  .  .  .  .  . | | × |
| | If "Yes," enter amount from Form 8996, line 14  .  .  .  .  ▶ $ | | |

Form **1120** (2019)

Form 1120 (2019)                                                **Page 6**

| **Schedule L** | **Balance Sheets per Books** | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | **(a)** | **(b)** | **(c)** | **(d)** |
| 1 | Cash . . . . . . . . . . | | 12,561. | | 112,028. |
| 2a | Trade notes and accounts receivable . . . | 153,416. | | 198,425. | |
| b | Less allowance for bad debts . . . . | ( ) | 153,416. | ( ) | 198,425. |
| 3 | Inventories . . . . . . . . . | | 0. | | 0. |
| 4 | U.S. government obligations . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . | | | | |
| 6 | Other current assets (attach statement) . . | | | | |
| 7 | Loans to shareholders . . . . . | | | | |
| 8 | Mortgage and real estate loans . . . . | | | | |
| 9 | Other investments (attach statement) . . | | | | |
| 10a | Buildings and other depreciable assets . . | | | | |
| b | Less accumulated depreciation . . . . | ( ) | | ( ) | |
| 11a | Depletable assets . . . . . . . | | | | |
| b | Less accumulated depletion . . . . | ( ) | | ( ) | |
| 12 | Land (net of any amortization) . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . | | | | |
| b | Less accumulated amortization . . . . | ( ) | | ( ) | |
| 14 | Other assets (attach statement) . . . . | | | | |
| 15 | Total assets . . . . . . . . | | 165,977. | | 310,453. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 132,469. | | 138,618. |
| 18 | Other current liabilities (attach statement) . . | | | | |
| 19 | Loans from shareholders . . . . . | | 35,023. | | 170,260. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) . . . | | | | |
| 22 | Capital stock: **a** Preferred stock . . . . | | | | |
| |          **b** Common stock . . . . | | | | |
| 23 | Additional paid-in capital . . . . . | | | | |
| 24 | Retained earnings—Appropriated (attach statement) | | | | |
| 25 | Retained earnings—Unappropriated . . . | | −1,515. | | 1,575. |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock . . . . | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity . . | | 165,977. | | 310,453. |

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income per Return** |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| 1 | Net income (loss) per books . . . . . | 3,090. | 7 | Income recorded on books this year not included on this return (itemize): | |
|---|---|---|---|---|---|
| 2 | Federal income tax per books . . . . | | | Tax-exempt interest   $ _____ | |
| 3 | Excess of capital losses over capital gains . | | | _____ | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| | _____ | | a | Depreciation . . $ _____ | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | b | Charitable contributions $ _____ | |
| a | Depreciation . . . $ _____ | | | _____ | |
| b | Charitable contributions $ _____ | | | | |
| c | Travel and entertainment $ _____ | | 9 | Add lines 7 and 8 . . . . . . . | |
| | _____ | | 10 | Income (page 1, line 28)—line 6 less line 9 | 3,090. |
| 6 | Add lines 1 through 5 . . . . . . | 3,090. | | | |

| **Schedule M-2** | **Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)** |
|---|---|

| 1 | Balance at beginning of year . . . . | −1,515. | 5 | Distributions: **a** Cash . . . . . | |
|---|---|---|---|---|---|
| 2 | Net income (loss) per books . . . . | 3,090. | |         **b** Stock . . . . . | |
| 3 | Other increases (itemize): _____ | | |         **c** Property . . . . | |
| | _____ | | 6 | Other decreases (itemize): _____ | |
| | | | 7 | Add lines 5 and 6 . . . . . . . | |
| 4 | Add lines 1, 2, and 3 . . . . . . | 1,575. | 8 | Balance at end of year (line 4 less line 7) | 1,575. |

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| RAE Lifts, Inc. | ▮▮▮▮▮▮▮ |

| | | |
|---|---|---:|
| **1** | Inventory at beginning of year . . . . . . . . . . . . . . . . . . . . **1** | 0 |
| **2** | Purchases . . . . . . . . . . . . . . . . . . . . . . . . . **2** | 462,854 |
| **3** | Cost of labor . . . . . . . . . . . . . . . . . . . . . . . **3** | |
| **4** | Additional section 263A costs (attach schedule) . . . . . . . . . . . **4** | |
| **5** | Other costs (attach schedule)   See Statement . . . . . . . . . . . **5** | 36,549 |
| **6** | **Total.** Add lines 1 through 5 . . . . . . . . . . . . . . . . . **6** | 499,403 |
| **7** | Inventory at end of year . . . . . . . . . . . . . . . . . . . **7** | 0 |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions . . . . . . . . . **8** | 499,403 |

**9a** Check all methods used for valuing closing inventory:

   *(i)* ☒ Cost

   *(ii)* ☐ Lower of cost or market

   *(iii)* ☐ Other (Specify method used and attach explanation.) ▶

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . **9d**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

---

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

**Small business taxpayers.** For tax years beginning after December 31, 2017, the following apply.

• A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.

• A small business taxpayer is not required to capitalize costs under section 263A.

## General Instructions

### Purpose of Form

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

### Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

### Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of

merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below), can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are non-incidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

**Small business taxpayer.** A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

• The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

• Real property or personal property (tangible and intangible) acquired for resale.

• The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

---

REV 06/30/20 PRO    Form **1125-A** (Rev. 11-2018)

Form **1125-E**
(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

## Compensation of Officers

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
▶ **Information about Form 1125-E and its separate instructions is at** *www.irs.gov/form1125e.*

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| RAE Lifts, Inc. | ▉ |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| **1** James A. Mecha | ▉ | 100% | 0% | 0% | 110,323. |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | | |
|---|---|---|---|---|
| **2** | Total compensation of officers . . . . . . . . . . . . . . | **2** | | 110,323. |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . | **3** | | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . | **4** | | 110,323. |

**For Paperwork Reduction Act Notice, see separate instructions. BAA**    REV 06/30/20 PRO    Form **1125-E** (Rev. 10-2016)

Form **8879-C**

## IRS *e-file* Signature Authorization for Form 1120

OMB No. 1545-0123

For calendar year 2019, or tax year beginning _____ , 2019, ending _____ , 20 _____

**20**19

Department of the Treasury
Internal Revenue Service

▶ **Do not send to the IRS. Keep it for your records.**
▶ **Go to** *www.irs.gov/Form8879C* **for the latest information.**

| Name of corporation | Employer identification number |
|---|---|
| RAE LIFTS, INC. | ▮▮▮▮▮▮ |

### Part I    Tax Return Information (Whole dollars only)

| | | |
|---|---|---:|
| 1 | Total income (Form 1120, line 11) . . . . . . . . . . . . . . . . **1** | 698,354. |
| 2 | Taxable income (Form 1120, line 30) . . . . . . . . . . . . . . . **2** | 0. |
| 3 | Total tax (Form 1120, line 31) . . . . . . . . . . . . . . . . . **3** | 0. |
| 4 | Amount owed (Form 1120, line 35) . . . . . . . . . . . . . . . . **4** | |
| 5 | Overpayment (Form 1120, line 36) . . . . . . . . . . . . . . . . **5** | 0. |

### Part II    Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2019 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

☐ I authorize _____ to enter my PIN ▯▯▯▯▯ as my signature
    ERO firm name                                                                 do not enter all zeros
on the corporation's 2019 electronically filed income tax return.

☒ As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2019 electronically filed income tax return.

Officer's signature ▶ _____   Date ▶ _____   Title ▶ PRESIDENT

### Part III    Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.    ▮▮▮▮▮▮▮▮▮▮▮
                                                                                                    do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2019 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ _____   Date ▶ 02/10/2021

### ERO Must Retain This Form — See Instructions
### Do Not Submit This Form to the IRS Unless Requested To Do So

**For Paperwork Reduction Act Notice, see instructions.**                                      Form **8879-C** (2019)
**BAA**                                    REV 06/30/20 PRO

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

## Depreciation and Amortization
### (Including Information on Listed Property)
► Attach to your tax return.
► Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2019**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| RAE Lifts, Inc. | Form 1120 Sales | |

### Part I  Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . | **1** | 1,020,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . | **3** | 2,550,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2018 Form 4562 . . . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . . . | **12** | |
| 13 | Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12 ► | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

### Part II  Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions . . . . . . . . . . . . . | **14** | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . | **16** | |

### Part III  MACRS Depreciation (Don't include listed property. See instructions.)

#### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2019 . . . . . . | **17** | 0. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . ► ☐ | | |

#### Section B—Assets Placed in Service During 2019 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

#### Section C—Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 30-year | | | 30 yrs. | MM | S/L | |
| **d** 40-year | | | 40 yrs. | MM | S/L | |

### Part IV  Summary  (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions . | **22** | 0. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . | **23** | |

**For Paperwork Reduction Act Notice, see separate instructions.** **BAA**      REV 06/30/20 PRO      Form **4562** (2019)

## Section 1.263(a)-1(f)
► Attach to your income tax return

| Name(s) Shown on Return | Identification Number |
|---|---|
| RAE Lifts, Inc. | █████████ |

Tax Year:      2019

## Section 1.263(a)-1(f)
## De Minimis Safe Harbor Election

The taxpayer elects to make the de minimis safe harbor election under the Regulation 1.263(a)-1(f)

Name:              RAE Lifts, Inc.
Address:           245 West Roosevelt Road, Bldg. 11, Suite 77 , West Chicago IL 60185
Identification Number:    46-1097240

fdiv9801.SCR   03/10/20

**Form 1120, Line 29a**   **Net Operating Loss Worksheet**   **2019**

| Name | Employer Identification Number |
|---|---|
| RAE Lifts, Inc. | ███████ |

### Important Information
### Tax Cuts and Jobs Act (TCJA)

For taxable years ending after December 31, 2017, Net Operating Loss (NOL) rules for carrybacks and carryforwards have changed under the Tax Cuts and Jobs Act (TCJA).  Except for certain farming and insurance company (other than life insurance) losses, NOLs can no longer be carried back.  NOLs can now be carried forward indefinitely.

### Important Information
### Coronavirus Aid, Relief, and Economic Security (CARES) Act

For taxable years ending after December 31, 2017, Net Operating Loss (NOL) rules for carrybacks have changed under the Coronavirus Aid, Relief, and Economic Security (CARES) Act. NOLs can now be carried back 5 years.

### NOL's under Tax Cuts and Jobs Act of 2017 Smart Worksheet

**A**  Is the Net Operating Loss from certain farming losses? . . . . . . . . . . . . . . . . .► Yes ☐   No ☐
**B**  If "Yes" to line A, is the business electing out of the two year carryback?. . . . . . .► Yes ☐   No ☐
    **QuickZoom** to Form 1139 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .► _____

### NOL's under Coronavirus Aid, Relief, and Economic Security Act of 2020 Smart Worksheet

**A**  Is the business electing out of the five year carryback for a current year NOL? . . .► Yes ☐   No ☐
    **QuickZoom** to Election Statement . . . . . . . . . . . . . . . . . . . . . . . . . . . . .► _____
    **QuickZoom** to Form 1139 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .► _____

**NOL's under Tax Cuts and Jobs Act of 2017 :  Carryover indefinitely**
**NOL's under Coronavirus Aid, Relief, and Economic Security Act of 2020 :  Carryover indefinitely**

| NOL Carryover Year | A Carryover | B Less Carrybacks | C Adjusted Carryover |
|---|---|---|---|
| 2018 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,193. | | 3,193. |

**NOL's under Taxpayer Relief Act of 1997 : Two year carryback, twenty year carryover**

| NOL Carryover Year | A Carryover | B Less Carrybacks/ Carryovers | C Adjusted Carryover |
|---|---|---|---|
| 2017 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2016 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2015 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2014 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2013 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2012 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2011 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2010 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2009 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2008 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2007 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2006 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2005 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2004 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2003 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2002 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2001 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2000 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 1999 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Totals | | | |

**NOL's prior to Taxpayer Relief Act of 1997:  Three year carryback, fifteen year carryover**

| NOL Carryover Year | A Carryover | B Less Carrybacks/ Carryovers | C Adjusted Carryover |
|---|---|---|---|
| 2011 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2010 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2009 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2008 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2007 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2006 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2005 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2004 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Totals . . . . . . . . . . . . . . . . . . . . . . . | | | |

RAE Lifts, Inc.

## Net Operating Loss Summary

| NOL C/O Year | A NOL Carryover Available | B Deduction Allowed in Current Year | C Adjustment Under Section 172(b)(2) | D Remaining Carryover 20 Years | E Remaining Carryover Indefinite | F Remaining Carryover 15 Years* |
|---|---|---|---|---|---|---|
| 2018 . | 3,193. | 3,090. | | | 103. | |
| 2017 . | | | | | | |
| 2016 . | | | | | | |
| 2015 . | | | | | | |
| 2014 . | | | | | | |
| 2013 . | | | | | | |
| 2012 . | | | | | | |
| 2011 . | | | | | | |
| 2010 . | | | | | | |
| 2009 . | | | | | | |
| 2008 . | | | | | | |
| 2007 . | | | | | | |
| 2006 . | | | | | | |
| 2005 . | | | | | | |
| 2004 . | | | | | | |
| 2003 . | | | | | | |
| 2002 . | | | | | | |
| 2001 . | | | | | | |
| 2000 . | | | | | | |
| 1999 . | | | | | | |
| Totals | 3,193. | 3,090. | | | 103. | |

Less: Carryover expiring due to 20-year limitation . . . . . . . . . . . . . . . . . . . . . . . . . . .
Less: Carryover expiring due to 15-year limitation . . . . . . . . . . . . . . . . . . . . . . . . . . .
Add: Current year net operating loss
Less:  Carryback of current year net operating loss
Net operating loss carryover to next year . . . . . . . . . . . . . . . . . . . . . . . . . . .  103.

# Additional information from your 2019 Federal Corporation Tax Return

### Form 1120: US Corporation Income Tax Return
**Other Income**                                    **Continuation Statement**

| Description | Amount |
|---|---:|
| Other Income | 59,492 |
| **Total** | 59,492 |

### Form 1120: US Corporation Income Tax Return
**Other Deductions**                                  **Continuation Statement**

| Description | Amount |
|---|---:|
| Accounting | 6,350 |
| Automobile and truck expense | 41,501 |
| Bank charges | 2,565 |
| Cleaning | 5,190 |
| Computer services and supplies | 4,093 |
| Dues and subscriptions | 2,598 |
| Gifts | 100 |
| Insurance | 41,517 |
| Legal and professional | 72,488 |
| Office expense | 13,938 |
| Permits and fees | 3,551 |
| Security | 1,603 |
| Telephone | 7,839 |
| Utilities | 11,618 |
| Other Promotional Expense | 11,167 |
| Scavenger | 1,591 |
| **Total** | 227,709 |

### SMART WORKSHEET FOR: Form 1120: US Corporation Income Tax Return
**Line 17C**                                          **Itemization Statement**

| Description | Amount |
|---|---:|
| FICA | 17,073. |
| FUTA | 263. |
| SUTA | 307. |
| **Total** | **17,643.** |

### Form 1125-A: Cost of Goods Sold
**Other Costs Statement**                             **Continuation Statement**

| Other Cost | Other Amount |
|---|---:|
| Commissions | 30,024 |
| Inspection Fee | 1,980 |
| Permits | 1,933 |

**RAE Lifts, Inc.** ███████ **2**

**Form 1125-A: Cost of Goods Sold**

**Other Costs Statement**                                        **Continuation Statement**

| Other Cost | Other Amount |
|------------|-------------:|
| Sales Tax Expense | 402 |
| Shipping | 2,210 |
| **Total** | 36,549 |



**Illinois Department of Revenue**

# 2019 Form IL-1120

## Corporation Income and Replacement Tax Return

See "When should I file?" in the Form IL-1120 instructions for a list of due dates.

| | |
|---|---|
| If this return is not for calendar year 2019, enter your fiscal tax year here.<br>Tax year beginning _____ 20___ , ending _____ 20___<br>          month  day   year      month  day   year<br>⚠ **WARNING** This form is for tax years ending on or after December 31, 2019, and before December 31, 2020.<br>For all other situations, see instructions to determine the correct form to use. | Enter the amount you are paying.<br><br>$ _____ 0. |

## Step 1: Identify your corporation

**A** Enter your complete legal business name.
If you have a name change, check this box. ☒
Name:  RAE Lifts, Inc.

**B** Enter your mailing address.
Check this box if either of the following apply: ☐
- this is your **first return**, or
- you have an **address change**.

C/O: _____
Mailing address: 245 West Roosevelt Road, Bldg. 11, Sui
City:  West Chicago    State: IL    ZIP: 60185

**C** If this is the first or final return, check the applicable box(es).
☐ First return
☐ Final return (Enter the date of termination. ___ ___ _____ )
                             mm  dd   yyyy

**D** If this is a final return because you sold this business, enter the date sold (mm dd yyyy) ___ ___ _____ , and the new owner's FEIN.

___ ___ - ___ ___ ___ ___ ___ ___ ___

**E** Check the box and see the instructions if your business is a:
☐ Unitary Filer (Combined return)   ☐ Foreign insurer

**F** Complete the following, check the box and **attach** the federal form(s) to this return.
☐ Federal Form 8886   ☐ Federal Schedule M-3, Part II, Line 12

**G** **Apportionment Formulas**. Mark the appropriate box or boxes and see Apportionment Formula instructions.
☐ Insurance companies   ☐ Sales companies
☐ Transportation companies   ☐ Financial organizations
                                     ☐ Federally regulated exchanges

**H** Check this box if you attached Illinois Schedule UB. ☐

**I** Check this box if you attached the Subgroup Schedule. ☐

**J** Check this box if you attached Illinois Schedule 1299-D. ☐

**K** Check this box if you attached Form IL-4562. ☐

**L** Check this box if you attached Illinois Schedule M (for businesses). ☐

**M** Check this box if you attached Schedule 80/20. ☐

**N** Enter your federal employer identification number (FEIN).
■■ - ■■■■■■■

**O** If you are a member of a group filing a federal consolidated return, enter the FEIN of the parent.
____ - _____

**P** Enter your North American Industry Classification System (NAICS) Code. See instructions.
■■■■■■

**Q** Enter your corporate file (charter) number assigned to you by the Secretary of State.
▬▬▬▬▬

**R** Enter the city, state, and zip code where your accounting records are kept. (Use the two-letter postal abbreviation, **e.g.**, IL, GA, etc.)
West Chicago, IL 60185
City                State   ZIP

**S** If you are making the business income election to treat all nonbusiness income as business income, check this box and enter zero on Lines 24 and 32. ☐

**T** Check your method of accounting.
☒ Cash   ☐ Accrual   ☐ Other _____

**U** If you are making a discharge of indebtedness adjustment on Schedules NLD or UB/NLD, or Form IL-1120, Line 36, check this box and **attach** federal Form 982. ☐

**V** Check this box if you attached Schedule INL. ☐

**W** If you annualized your income on Form IL-2220, check this box and **attach** Form IL-2220. ☐

**X** Check this box if your business activity is protected under Public Law 86-272. ☐

**Y** Check this box if you are a 52/53 week filer. ☐

▶ **If you owe tax on Line 67, complete a payment voucher, Form IL-1120-V.** Write your FEIN, tax year ending, and "IL-1120-V" on your check or money order and make it payable to "Illinois Department of Revenue." Attach your voucher and payment here.

▶ Refer to the 2019 IL-1120 Instructions for the address to mail your return.

*(left margin)* Attach your payment and Form IL-1120-V here. ▼ ▲

| | | |
|---|---|---|
| This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. | IR _____ NS _____ DR _____ | Page 1 of 4 |

REV 04/03/20 PRO

## Step 2: Figure your income or loss

(Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Federal taxable income from U.S. Form 1120, Line 30. | 1 | 0 .00 |
| | **Attach** a copy of your federal return. | | |
| 2 | Net operating loss deduction from U.S. Form 1120, Line 29a. This amount cannot be negative. | 2 | 3,090 .00 |
| 3 | State, municipal, and other interest income excluded from Line 1. | 3 | .00 |
| 4 | Illinois income and replacement tax and surcharge deducted in arriving at Line 1. | 4 | .00 |
| 5 | Illinois Special Depreciation addition. **Attach** Form IL-4562. | 5 | .00 |
| 6 | Related-Party Expenses additions. **Attach** Schedule 80/20. | 6 | .00 |
| 7 | Distributive share of additions. **Attach** Schedule(s) K-1-P or K-1-T. | 7 | .00 |
| 8 | Other additions. **Attach** Schedule M (for businesses). | 8 | .00 |
| 9 | Add Lines 1 through 8. This amount is your income or loss. | 9 | 3,090 .00 |

## Step 3: Figure your base income or loss

| | | | |
|---|---|---|---|
| 10 | Interest income from U.S. Treasury and other exempt federal obligations. | 10 | .00 |
| 11 | River Edge Redevelopment Zone Dividend subtraction. **Attach** Schedule 1299-B. | 11 | .00 |
| 12 | River Edge Redevelopment Zone Interest subtraction. **Attach** Schedule 1299-B. | 12 | .00 |
| 13 | High Impact Business Dividend subtraction. **Attach** Schedule 1299-B. | 13 | .00 |
| 14 | High Impact Business Interest subtraction. **Attach** Schedule 1299-B. | 14 | .00 |
| 15 | Contribution subtraction. **Attach** Schedule 1299-B. | 15 | .00 |
| 16 | Contributions to certain job training projects. See instructions. | 16 | .00 |
| 17 | Foreign Dividend subtraction. **Attach** Schedule J. See instructions. | 17 | .00 |
| 18 | Illinois Special Depreciation subtraction. **Attach** Form IL-4562. | 18 | .00 |
| 19 | Related-Party Expenses subtraction. **Attach** Schedule 80/20. | 19 | .00 |
| 20 | Distributive share of subtractions. **Attach** Schedule(s) K-1-P or K-1-T. | 20 | .00 |
| 21 | Other subtractions. **Attach** Schedule M (for businesses). | 21 | .00 |
| 22 | Total subtractions. Add Lines 10 through 21. | 22 | .00 |
| 23 | **Base income or loss.** Subtract Line 22 from Line 9. | 23 | 3,090 .00 |

---

**STOP**

**A** If the amount on Line 23 is derived inside Illinois only, check this box and enter the amount from Step 3, Line 23 on Step 5, Line 35. You may not complete Step 4. (You must leave Step 4, Lines 24 through 34 blank.)
*Note →* If you are a unitary filer, do not check this box. Check the box on Line B and complete Step 4. ☒

**B** If any portion of the amount on Line 23 is derived outside Illinois, or you are a unitary filer, check this box and complete **all lines** of Step 4. (Do not leave Lines 28 through 30 blank.) See instructions. ☐

## Step 4: Figure your income allocable to Illinois (Complete only if you checked the box on Line B, above.)

| | | | |
|---|---|---|---|
| 24 | Nonbusiness income or loss. **Attach** Schedule NB. | 24 | .00 |
| 25 | Business income or loss included in Line 23 from non-unitary partnerships, partnerships included on a Schedule UB, S corporations, trusts, or estates. See instructions. | 25 | .00 |
| 26 | Add Lines 24 and 25. | 26 | .00 |
| 27 | Business income or loss. Subtract Line 26 from Line 23. | 27 | .00 |
| 28 | Total sales everywhere. This amount cannot be negative. | 28 | |
| 29 | Total sales inside Illinois. This amount cannot be negative. | 29 | |
| 30 | Apportionment Factor. Divide Line 29 by Line 28. Round to six decimal places. | 30 | . |
| 31 | Business income or loss apportionable to Illinois. Multiply Line 27 by Line 30. | 31 | .00 |
| 32 | Nonbusiness income or loss allocable to Illinois. **Attach** Schedule NB. | 32 | .00 |
| 33 | Business income or loss apportionable to Illinois from non-unitary partnerships, partnerships included on a Schedule UB, S corporations, trusts, or estates. See instructions. | 33 | .00 |
| 34 | **Base income or loss allocable to Illinois.** Add Lines 31 through 33. | 34 | .00 |

IL-1120 (R-12/19)

REV 04/03/20 PRO

ID: 2BNP

## Step 5: Figure your net income

| | | | |
|---|---|---|---|
| 35 | Base income or net loss from Step 3, Line 23, or Step 4, Line 34. | 35 | 3,090.00 |
| 36 | Discharge of indebtedness adjustment. **Attach** federal Form 982. See instructions. | 36 | 0.00 |
| 37 | Adjusted base income or net loss. **Add** Lines 35 and 36. See instructions. | 37 | 3,090.00 |
| 38 | Illinois net loss deduction. **Attach** Schedule NLD or UB/NLD. If Line 37 is zero or a negative amount, enter zero. | 38 | 3,090.00 |
| 39 | **Net income.** Subtract Line 38 from Line 37. | 39 | 0.00 |

## Step 6: Figure your replacement tax after credits

| | | | |
|---|---|---|---|
| 40 | Replacement tax. Multiply Line 39 by 2.5% (.025). | 40 | 0.00 |
| 41 | Recapture of investment credits. **Attach** Schedule 4255. | 41 | .00 |
| 42 | Replacement tax before credits. Add Lines 40 and 41. | 42 | 0.00 |
| 43 | Investment credits. **Attach** Form IL-477. | 43 | .00 |
| 44 | **Replacement tax after credits.** Subtract Line 43 from Line 42. If the amount is negative, enter zero. | 44 | 0.00 |

## Step 7: Figure your income tax after credits

| | | | |
|---|---|---|---|
| 45 | Income tax. Multiply Line 39 by 7.00% (.07). | 45 | 0.00 |
| 46 | Recapture of investment credits. **Attach** Schedule 4255. | 46 | .00 |
| 47 | Income tax before credits. Add Lines 45 and 46. | 47 | 0.00 |
| 48 | Income tax credits. **Attach** Schedule 1299-D. | 48 | .00 |
| 49 | **Income tax after credits.** Subtract Line 48 from Line 47. If the amount is negative, enter zero. | 49 | 0.00 |

## Step 8: Figure your refund or balance due

| | | | |
|---|---|---|---|
| 50 | Replacement tax before reductions. Enter the amount from Line 44. | 50 | 0.00 |
| 51 | Foreign Insurer replacement tax reduction. **Attach** Schedule INS or UB/INS. See instructions. | 51 | .00 |
| 52 | Subtract Line 51 from Line 50. **This is your net replacement tax.** | 52 | 0.00 |
| 53 | Income tax before reductions. Enter the amount from Line 49. | 53 | 0.00 |
| 54 | Foreign Insurer income tax reduction. **Attach** Schedule INS or UB/INS. See instructions. | 54 | .00 |
| 55 | Subtract Line 54 from Line 53. **This is your net income tax.** | 55 | 0.00 |
| 56 | Compassionate Use of Medical Cannabis Program Act surcharge. See instructions. | 56 | .00 |
| 57 | Sale of assets by gaming licensee surcharge. See instructions. | 57 | .00 |
| 58 | **Total net income and replacement taxes and surcharges.** Add Lines 52, 55, 56, and 57. | 58 | 0.00 |
| 59 | Underpayment of estimated tax penalty from Form IL-2220. See instructions. | 59 | .00 |
| 60 | **Total taxes, surcharges, and penalty.** Add Lines 58 and 59. | 60 | 0.00 |
| 61 | Payments. See instructions. | | |
| a | Credits from previous overpayments. | 61a | .00 |
| b | Total payments made before the date this return is filed. | 61b | .00 |
| c | Pass-through withholding reported to you on Schedule(s) K-1-P or K-1-T. **Attach** Schedule(s) K-1-P or K-1-T. | 61c | .00 |
| d | Illinois gambling withholding. **Attach** Form(s) W-2G. | 61d | .00 |
| 62 | Total payments. Add Lines 61a through 61d. | 62 | .00 |
| 63 | **Overpayment.** If Line 62 is greater than Line 60, subtract Line 60 from Line 62. | 63 | .00 |
| 64 | Amount to be **credited forward.** See instructions. | ◆ 64 | .00 ◆ |
| 65 | **Refund.** Subtract Line 64 from Line 63. This is the amount to be refunded. | 65 | .00 |

**66  Complete to direct deposit your refund.**

Routing Number [ ][ ][ ][ ][ ][ ][ ][ ][ ]   ☐ Checking or ☐ Savings

Account Number [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

| | | | |
|---|---|---|---|
| 67 | **Tax due.** If Line 60 is greater than Line 62, subtract Line 62 from Line 60. This is the amount you owe. | 67 | 0.00 |

**Step 9: Sign below -** Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct and complete.

| Sign Here | | | | | ☒ Check if the Department may discuss this return with the paid preparer shown in this step. |
|---|---|---|---|---|---|
| | Signature of authorized officer | 11 12 2020 Date (mm/dd/yyyy) | President Title | (707) 837-1577 Phone | |

| Paid Preparer Use Only | Geoff Schlender | | 02 10 2021 | ☐ Check if self-employed | |
|---|---|---|---|---|---|
| | Print/Type paid preparer's name | Paid preparer's signature | Date (mm/dd/yyyy) | | Paid Preparer's PTIN |
| | Firm's name ▶ Lyday & Associates, Ltd. | | | Firm's FEIN ▶ ███████ | |
| | Firm's address ▶ 3180 Theodore Street, Joliet, IL 60435 | | | Firm's phone ( 815 ) 439-2500 | |

▶ Enter the amount of your payment on the top of page 1 in the space provided.



**Illinois Department of Revenue**

Document

Carry year ending

# 2019 Schedule NLD

### Illinois Net Loss Deduction

For Illinois net losses arising in tax years ending **on or after** December 31, 1986.
Attach to your Form IL-1120, IL-1120-ST, IL-1041, IL-1065, or corresponding amended return.

| 12 | 19 |
|---|---|
| Month | Year |

IL Attachment No. 6

RAE Lifts, Inc.

Enter your name as shown on your return.

☐☐☐-☐☐☐☐☐☐☐

Enter your federal employer identification number (FEIN).

## Step 1: Figure your Illinois net loss deduction (NLD)

- **Read the instructions before completing this schedule.**
- "Carry year" is the year to which the loss is being carried.
- Enter all amounts as positive figures.

**Remember:** You may be required to attach supporting documentation to this schedule.

| | | **A** Loss year that expires first | | **B** Loss year ending | | **C** Loss year ending | |
|---|---|---|---|---|---|---|---|
| | | 1 2 / 2 0 1 8 Month Year | | __ / __ __ Month Year | | __ / __ __ Month Year | |
| **1** | Enter your reported Illinois net loss. See instructions. | 3,193 | | | | | |
| **2a** | Enter the carry year and the amount of Illinois net loss previously carried back or forward. See instructions. | __ / __ Month Year | Loss carried | __ / __ Month Year | Loss carried | __ / __ Month Year | Loss carried |
| **b** | *Note* If you are reducing your loss due to discharge of indebtedness income, see instructions. | __ / __ Month Year | Loss carried | __ / __ Month Year | Loss carried | __ / __ Month Year | Loss carried |
| **c** | | __ / __ Month Year | Loss carried | __ / __ Month Year | Loss carried | __ / __ Month Year | Loss carried |
| **2d** | Add Lines 2a through 2c. This is your total amount of loss previously carried. | | | | | | |
| **3** | Subtract Line 2d from Line 1. This is your remaining Illinois net loss. | 3,193 | | | | | |
| **4** | Enter the Illinois base income for this carry year. See instructions. | 3,090 | | 0 | | 0 | |
| **5** | Enter the lesser of Line 3 **or** Line 4. This is your Illinois net loss deduction (NLD). | 3,090 | | 0 (Enter Line 6 from previous column) | | 0 (Enter Line 6 from previous column) | |
| **6** | Subtract Line 5 from Line 4. This is your remaining income after NLD. | 0 | | 0 | | 0 | |
| **7** | Subtract Line 5 from Line 3. This is your remaining NLD for subsequent years. | 103 | | 0 | | 0 | |

**Line 5 Total** 3,090

Enter the total of Columns A, B, and C, Line 5 in this box. **See instructions.**

## Step 2: Identify the loss year company

Complete this part only if the loss shown on Step 1, Line 1, originated from a company other than the one filing this return. Enter the FEIN of the company, the reason (*e.g.*, merger) you are allowed to use that company's losses, and the date you acquired the loss.

| **A** | **B** | **C** |
|---|---|---|
| **8** FEIN: ___ - ___ ___ | **9** FEIN: ___ - ___ ___ | **10** FEIN: ___ - ___ ___ |
| Reason: _____ | Reason: _____ | Reason: _____ |
| Enter the date you acquired this loss: __ / __ / __ Month Day Year | Enter the date you acquired this loss: __ / __ / __ Month Day Year | Enter the date you acquired this loss: __ / __ / __ Month Day Year |

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty.

Form **1120**
Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2019 or tax year beginning _____, 2019, ending _____, 20____

▶ Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2019**

**A Check if:**

**1a** Consolidated return (attach Form 851) ☐
**b** Life/nonlife consolidated return ☐
**2** Personal holding co. (attach Sch. PH) . ☐
**3** Personal service corp. (see instructions) . ☐
**4** Schedule M-3 attached ☐

TYPE OR PRINT

Name: **RAE Lifts, Inc.**
Number, street, and room or suite no. If a P.O. box, see instructions.
**245 West Roosevelt Road, Bldg. 11, Suite 77**
City or town, state or province, country, and ZIP or foreign postal code
**West Chicago**          **IL 60185**

**B Employer identification number**

**C Date incorporated**
**01/01/2015**

**D Total assets (see instructions)**
$  **310,453**

**E** Check if:  **(1)** ☐ Initial return   **(2)** ☐ Final return   **(3)** ☒ Name change   **(4)** ☐ Address change

| | | | | |
|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | **1a** | 1,143,729 | |
| | **b** Returns and allowances | **1b** | 5,464 | |
| | **c** Balance. Subtract line 1b from line 1a | | **1c** | 1,138,265 |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | 499,403 |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 638,862 |
| | **4** Dividends and inclusions (Schedule C, line 23) | | **4** | |
| | **5** Interest | | **5** | |
| | **6** Gross rents | | **6** | |
| | **7** Gross royalties | | **7** | |
| | **8** Capital gain net income (attach Schedule D (Form 1120)) | | **8** | |
| | **9** Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | **9** | |
| | **10** Other income (see instructions—attach statement)   Other Income Statement | | **10** | 59,492 |
| | **11** **Total income.** Add lines 3 through 10 ▶ | | **11** | 698,354 |

| | | | |
|---|---|---|---|
| **Deductions (See instructions for limitations on deductions.)** | **12** Compensation of officers (see instructions—attach Form 1125-E) ▶ | **12** | 110,323 |
| | **13** Salaries and wages (less employment credits) | **13** | 112,853 |
| | **14** Repairs and maintenance | **14** | 21,674 |
| | **15** Bad debts | **15** | |
| | **16** Rents | **16** | 56,264 |
| | **17** Taxes and licenses | **17** | 17,643 |
| | **18** Interest (see instructions) | **18** | 28,755 |
| | **19** Charitable contributions | **19** | |
| | **20** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **20** | 0 |
| | **21** Depletion | **21** | |
| | **22** Advertising | **22** | 18,231 |
| | **23** Pension, profit-sharing, etc., plans | **23** | 101,812 |
| | **24** Employee benefit programs | **24** | |
| | **25** Reserved for future use | **25** | |
| | **26** Other deductions (attach statement)   Other Deductions Statement | **26** | 227,709 |
| | **27** **Total deductions.** Add lines 12 through 26 ▶ | **27** | 695,264 |
| | **28** Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. | **28** | 3,090 |
| | **29a** Net operating loss deduction (see instructions) . . . **29a** 3,090 | | |
| | **b** Special deductions (Schedule C, line 24) . . . **29b** | | |
| | **c** Add lines 29a and 29b | **29c** | 3,090 |

| | | | |
|---|---|---|---|
| **Tax, Refundable Credits, and Payments** | **30** Taxable income. Subtract line 29c from line 28. See instructions | **30** | 0 |
| | **31** Total tax (Schedule J, Part I, line 11) | **31** | 0 |
| | **32** 2019 net 965 tax liability paid (Schedule J, Part II, line 12) | **32** | |
| | **33** Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | **33** | 0 |
| | **34** Estimated tax penalty. See instructions. Check if Form 2220 is attached . . . ▶ ☐ | **34** | |
| | **35** Amount owed. If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | **35** | |
| | **36** Overpayment. If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | **36** | 0 |
| | **37** Enter amount from line 36 you want: Credited to 2020 estimated tax ▶        Refunded ▶ | **37** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer              Date              Title **President**

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Geoff Schlender | | 02/10/2021 | | |

Firm's name ▶ **Lyday & Associates, Ltd.**      Firm's EIN ▶
Firm's address ▶ **3180 Theodore Street Joliet IL 60435**      Phone no. **(815)439-2500**

Form 1120 (2019)                                                                                                          Page **2**

| **Schedule C** | **Dividends, Inclusions, and Special Deductions** (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . . | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . . | | see instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . . | | | |
| 15 | Section 965(a) inclusion . . . . . . . . . . . . . . . . . | | see instructions | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . . | | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . . | | | |

REV 06/30/20 PRO                                                                                   Form **1120** (2019)

Form 1120 (2019)                                                                                                                Page **3**

| **Schedule J** | **Tax Computation and Payment** (see instructions) | | |
|---|---|---|---|

**Part I–Tax Computation**

| | | | | |
|---|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ▶ ☐ | | | |
| 2 | Income tax. See instructions . . . . . . . . . . . . . . . . . . . | | **2** | 0 |
| 3 | Base erosion minimum tax amount (attach Form 8991) . . . . . . . . . . . . | | **3** | |
| 4 | Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . | | **4** | 0 |
| 5a | Foreign tax credit (attach Form 1118) . . . . . . . | **5a** | | |
| b | Credit from Form 8834 (see instructions) . . . . . . | **5b** | | |
| c | General business credit (attach Form 3800) . . . . . | **5c** | | |
| d | Credit for prior year minimum tax (attach Form 8827) . . | **5d** | | |
| e | Bond credits from Form 8912 . . . . . . . . . | **5e** | | |
| 6 | **Total credits.** Add lines 5a through 5e . . . . . . . . . . . . . . . | | **6** | |
| 7 | Subtract line 6 from line 4 . . . . . . . . . . . . . . . . . . . | | **7** | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . . | | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) . . | **9a** | | |
| b | Recapture of low-income housing credit (attach Form 8611) | **9b** | | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) . . . . . . . . . . . . . . | **9c** | | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) | **9d** | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) . . . . . . | **9e** | | |
| f | Other (see instructions—attach statement) . . . . . | **9f** | | |
| 10 | **Total.** Add lines 9a through 9f . . . . . . . . . . . . . . . . . . | | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 . . . . . . | | **11** | 0 |

**Part II–Section 965 Payments** (see instructions)

| | | | |
|---|---|---|---|
| 12 | 2019 net 965 tax liability paid from Form 965-B, Part II, column (k), line 3. Enter here and on page 1, line 32 . . | **12** | |

**Part III–Payments, Refundable Credits, and Section 965 Net Tax Liability**

| | | | | |
|---|---|---|---|---|
| 13 | 2018 overpayment credited to 2019 . . . . . . . . . . . . . . . . | | **13** | |
| 14 | 2019 estimated tax payments . . . . . . . . . . . . . . . . . | | **14** | |
| 15 | 2019 refund applied for on Form 4466 . . . . . . . . . . . . . . . | | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 . . . . . . . . . . . . . . . . . . | | **16** | |
| 17 | Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . | | **17** | 0 |
| 18 | Withholding (see instructions) . . . . . . . . . . . . . . . . . . | | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 . . . . . . . . . . . . . . | | **19** | 0 |
| 20 | Refundable credits from: | | | |
| a | Form 2439 . . . . . . . . . . . . . . . . | **20a** | | |
| b | Form 4136 . . . . . . . . . . . . . . . . | **20b** | | |
| c | Form 8827, line 5c . . . . . . . . . . . . . | **20c** | | |
| d | Other (attach statement—see instructions) . . . . . | **20d** | | |
| 21 | **Total credits.** Add lines 20a through 20d . . . . . . . . . . . . . . | | **21** | |
| 22 | 2019 net 965 tax liability from Form 965-B, Part I, column (d), line 3. See instructions | | **22** | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 . . . . . . . . . . . . . . . . . . . . . . . . | | **23** | 0 |

Form **1120** (2019)

REV 06/30/20 PRO

Form 1120 (2019)                                                                                           Page **4**

## Schedule K    Other Information (see instructions)

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1** | Check accounting method: **a** ☒ Cash    **b** ☐ Accrual    **c** ☐ Other (specify) ▶ _____ | | | | |
| **2** | See the instructions and enter the: | | | | |
| **a** | Business activity code no. ▶ ███████ | | | | |
| **b** | Business activity ▶ Sales | | | | |
| **c** | Product or service ▶ Medical Lifts | | | | |
| **3** | Is the corporation a subsidiary in an affiliated group or a parent–subsidiary controlled group? . . . . . . . . | | | | | × |
| | If "Yes," enter name and EIN of the parent corporation ▶ _____ | | | | |

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . **×** (No)

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . **×** (No)

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions. **×** (No)

If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. **×** (No)

If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | | Yes | No |
|---|---|---|---|---|---|
| **6** | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . | | | | | × |
| | If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452. | | | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | | | |
| **7** | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . | | | | | × |
| | For rules of attribution, see section 318. If "Yes," enter: | | | | |

**(a)** Percentage owned ▶ _____  and **(b)** Owner's country ▶ _____

**(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____

**8** Check this box if corporation issued publicly offered debt instruments with original issue discount . . . . ▶ ☐

If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ _____

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) ▶ ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) . . . . . . . . . . . . . . . . . . . . . . . ▶ $ **3,193.**

REV 06/30/20 PRO                                                                                Form **1120** (2019)

Form 1120 (2019)                                                                                                   Page **5**

| **Schedule K** | **Other Information** *(continued from page 4)* | Yes | No |
|---|---|---|---|

| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . | | × |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions . . . . | | × |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? . . . . . . . . . | × | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . . | × | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | × | |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . | | × |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . | | × |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . | | × |
| 20 | Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . . . . . | | × |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | × |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | × |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . | | × |
| 24 | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . | | × |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," to any, complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . | | × |
| | If "Yes," enter amount from Form 8996, line 14 . . . . . ▶ $ | | |

REV 06/30/20 PRO

Form **1120** (2019)

Form 1120 (2019)                                                                                                       Page **6**

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| **Assets** | | **(a)** | **(b)** | **(c)** | **(d)** |
| **1** | Cash . . . . . . . . . . . | | 12,561. | | 112,028. |
| **2a** | Trade notes and accounts receivable . . . | 153,416. | | 198,425. | |
| **b** | Less allowance for bad debts . . . . | ( ) | 153,416. | ( ) | 198,425. |
| **3** | Inventories . . . . . . . . . | | 0. | | 0. |
| **4** | U.S. government obligations . . . . | | | | |
| **5** | Tax-exempt securities (see instructions) . . | | | | |
| **6** | Other current assets (attach statement) . . | | | | |
| **7** | Loans to shareholders . . . . . | | | | |
| **8** | Mortgage and real estate loans . . . | | | | |
| **9** | Other investments (attach statement) . . | | | | |
| **10a** | Buildings and other depreciable assets . | | | | |
| **b** | Less accumulated depreciation . . . . | ( ) | | ( ) | |
| **11a** | Depletable assets . . . . . . . | | | | |
| **b** | Less accumulated depletion . . . . | ( ) | | ( ) | |
| **12** | Land (net of any amortization) . . . . | | | | |
| **13a** | Intangible assets (amortizable only) . . | | | | |
| **b** | Less accumulated amortization . . . . | ( ) | | ( ) | |
| **14** | Other assets (attach statement) . . . . | | | | |
| **15** | Total assets . . . . . . . . | | 165,977. | | 310,453. |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable . . . . . . . | | | | |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | 132,469. | | 138,618. |
| **18** | Other current liabilities (attach statement) . . | | | | |
| **19** | Loans from shareholders . . . . . | | 35,023. | | 170,260. |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | | | |
| **21** | Other liabilities (attach statement) . . . | | | | |
| **22** | Capital stock: **a** Preferred stock . . . . | | | | |
| | **b** Common stock . . . . | | | | |
| **23** | Additional paid-in capital . . . . . . | | | | |
| **24** | Retained earnings—Appropriated (attach statement) | | | | |
| **25** | Retained earnings—Unappropriated . . | | –1,515. | | 1,575. |
| **26** | Adjustments to shareholders' equity (attach statement) | | | | |
| **27** | Less cost of treasury stock . . . . . | | ( ) | | ( ) |
| **28** | Total liabilities and shareholders' equity . | | 165,977. | | 310,453. |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return | |
|---|---|---|
| **Note:** The corporation may be required to file Schedule M-3. See instructions. | | |

| | | | | | |
|---|---|---|---|---|---|
| **1** | Net income (loss) per books . . . . . | 3,090. | **7** | Income recorded on books this year not included on this return (itemize): | |
| **2** | Federal income tax per books . . . . | | | Tax-exempt interest $ _____ | |
| **3** | Excess of capital losses over capital gains . | | | ------------------------------- | |
| **4** | Income subject to tax not recorded on books this year (itemize): _____ | | | | |
| | ------------------------------- | | **8** | Deductions on this return not charged against book income this year (itemize): | |
| **5** | Expenses recorded on books this year not deducted on this return (itemize): | | **a** | Depreciation . . $ _____ | |
| **a** | Depreciation . . . $ _____ | | **b** | Charitable contributions $ _____ | |
| **b** | Charitable contributions . $ _____ | | | | |
| **c** | Travel and entertainment . $ _____ | | **9** | Add lines 7 and 8 . . . . . . | |
| | ------------------------------- | | **10** | Income (page 1, line 28)—line 6 less line 9 | 3,090. |
| **6** | Add lines 1 through 5 . . . . . . | 3,090. | | | |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L) | |
|---|---|---|
| **1** | Balance at beginning of year . . . . . | –1,515. | **5** | Distributions: **a** Cash . . . . . | |
| **2** | Net income (loss) per books . . . . . | 3,090. | | **b** Stock . . . . | |
| **3** | Other increases (itemize): _____ | | | **c** Property . . . | |
| | ------------------------------- | | **6** | Other decreases (itemize): _____ | |
| | ------------------------------- | | **7** | Add lines 5 and 6 . . . . . . | |
| **4** | Add lines 1, 2, and 3 . . . . . . | 1,575. | **8** | Balance at end of year (line 4 less line 7) | 1,575. |

REV 06/30/20 PRO                                                                                                Form **1120** (2019)

# Additional information from your 2019 Federal Corporation Tax Return

### Form 1120: US Corporation Income Tax Return
**Other Income**                                                  **Continuation Statement**

| Description | Amount |
|---|---|
| Other Income | 59,492 |
| **Total** | 59,492 |

### Form 1120: US Corporation Income Tax Return
**Other Deductions**                                              **Continuation Statement**

| Description | Amount |
|---|---|
| Accounting | 6,350 |
| Automobile and truck expense | 41,501 |
| Bank charges | 2,565 |
| Cleaning | 5,190 |
| Computer services and supplies | 4,093 |
| Dues and subscriptions | 2,598 |
| Gifts | 100 |
| Insurance | 41,517 |
| Legal and professional | 72,488 |
| Office expense | 13,938 |
| Permits and fees | 3,551 |
| Security | 1,603 |
| Telephone | 7,839 |
| Utilities | 11,618 |
| Other Promotional Expense | 11,167 |
| Scavenger | 1,591 |
| **Total** | 227,709 |

### SMART WORKSHEET FOR: Form 1120: US Corporation Income Tax Return
**Line 17C**                                                      **Itemization Statement**

| Description | Amount |
|---|---|
| FICA | 17,073. |
| FUTA | 263. |
| SUTA | 307. |
| **Total** | **17,643.** |

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Maple Management, LLC d/b/a RAE Elevators & Lifts and d/b/a RAE Elevators, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 17, 2021**        X **/s/ James Mecha**
                                              Signature of individual signing on behalf of debtor

                                              **James Mecha**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Maple Management, LLC d/b/a RAE Elevators & Lifts and d/b/a RAE Elevators, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Greenwich Capital Management L.P. 108 Greenwich Street, 5th floor New York, NY 10006** | | **Blanket Lien on all personal property** | **Disputed** | **$125,578.60** | **Unknown** | **Unknown** |
| **Savaria USA 30 Main Street Burlington, VT 05401** | | | **Disputed** | | | **$31,270.00** |
| **SBA PO Box 156089 Fort Worth, TX 76155** | | **Disaster Relief** | | | | **$150,000.00** |
| **SBA c/o First Midwest Bank 8750 W. Bryn Mawr Ave., Suite 1300 Chicago, IL 60631-3635** | | **PPP Loan** | | | | **$32,685.00** |
| **Trustees of the National Elevator Industry Pension and Benefits Fund Joseph Berglund, 1010 Jorie Blvd. Oak Brook, IL 60523-2229** | | | **Disputed** | | | **$222,619.58** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                 Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Maple Management, LLC d/b/a RAE Elevators & Lifts and d/b/a RAE Elevators, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Greenwich Capital Management L.P.** Creditor's Name **108 Greenwich Street, 5th floor New York, NY 10006** Creditor's mailing address | Describe debtor's property that is subject to a lien **Blanket Lien on all personal property** Describe the lien | $125,578.60 | Unknown |
| Creditor's email address, if known | **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?** ☑ No ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☑ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $125,578.60 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Diane M. Gipstein Gipstein Law PLLC 360 Hamilton Avenue, Suite 615 White Plains, NY 10601** | Line  **2.1** | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Maple Management, LLC d/b/a RAE Elevators & Lifts and d/b/a RAE Elevators, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31,270.00 |
| | **Savaria USA**<br>**30 Main Street**<br>**Burlington, VT 05401** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
| | **SBA**<br>**PO Box 156089**<br>**Fort Worth, TX 76155** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  <u>Disaster Relief</u><br><br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32,685.00 |
| | **SBA**<br>**c/o First Midwest Bank**<br>**8750 W. Bryn Mawr Ave., Suite 1300**<br>**Chicago, IL 60631-3635** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  <u>PPP Loan</u><br><br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $222,619.58 |
| | **Trustees of the National Elevator**<br>**Industry Pension and Benefits Fund**<br>**c/o Joseph Berglund, 1010 Jorie Blvd.**<br>**Oak Brook, IL 60523-2229** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

| Debtor | **Maple Management, LLC d/b/a RAE Elevators & Lifts and d/b/a RAE Elevators, Inc.** | Case number (*if known*) | |
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Joseph P. Berglund, Esq.**<br>**Law Offices Of Joseph P. Berglund,**<br>**1010 Jorie Blvd., Suite 370**<br>**Oak Brook, IL 60523-2229** | Line  **3.4**<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 436,574.58 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 436,574.58 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Maple Management, LLC d/b/a RAE Elevators & Lifts and d/b/a RAE Elevators, Inc.**

_____
Debtor(s)

Case No. _____

Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **15,000.00** |
| Prior to the filing of this statement I have received | $ | **15,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 17, 2021**
_____
_Date_

**/s/ Ariel Weissberg**
**Ariel Weissberg 03125591**
_Signature of Attorney_
**Weissberg and Associates, Ltd.**
**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**
**312-663-0004  Fax: 312-663-1514**
**ariel@weissberglaw.com**
_Name of law firm_

---

## WEISSBERG AND ASSOCIATES, LTD.

564 W. Randolph St.
Second Floor
Chicago, Illinois 60661

Telephone: 312/663-0004
Facsimile: 312/663-1514
E-Mail:
**ariel@weissberglaw.com**

February 10, 2021

Maple Management, LLC
Mr. James Mecha
245 W. Roosevelt Road
West Chicago, IL  60185

By Email:  jimmecha@aol.com
By Email:  maplemanagement@yahoo.com

Attention:  Mr. James Mecha

Re:     *In Re: Maple Management, LLC*
        Chapter 11 (Sub-Chapter V)

Dear Mr. Mecha:

We are pleased that you have requested this law firm to represent Maple Management, LLC ("Maple") in connection with the above-captioned matter. Lawyers are required, under the Rules of Professional Conduct, to communicate in writing the basis or rate of their fee when beginning the representation of a client. This letter sets forth the terms concerning our representation of Maple.

Maple agrees to pay our firm an advanced payment fee in the amount of $15,000.00 (the "Advanced Payment Retainer"), plus a $1,738 Bankruptcy Court filing fee from which we will credit against our legal services as rendered and advance against any reimbursable costs and expenses, which amount is paid to us for the purpose of establishing our attorney-client relationship.

We will bill Maple based on an hourly basis--to be applied against the Advanced Payment Retainer. Our billing is based on the following rates for the attorneys of Weissberg and Associates:

| | |
|---|---|
| Ariel Weissberg: | $450.00 per hour |
| Rakesh Khanna | $375.00 per hour |
| Christopher V. Langone: | $400.00 per hour |
| Paralegal: | $150.00 per hour |

Maple Management, LLC
February 10, 2021
Page 2

Maple shall also be responsible for the payment of all cost charges such as filings with courts and government agencies, photocopying, express courier services, messenger services, computerized legal research, travel, and other expenses and charges which are incurred by our firm in Maple's representation.

Please date and countersign this letter and return it to me with a check in the amount of the Advanced Payment Retainer and filing fee ($16,738.00) so that we will have a written mutual memorandum of our understanding.  Please retain the signed copy of the letter for your file.

Yours truly,

Ariel Weissberg

**ACCEPTED this _____ day of February, 2021**

**MAPLE MANAGEMENT, LLC**

By: _____
Its: _____

# United States Bankruptcy Court
## Northern District of Illinois

In re **Maple Management, LLC d/b/a RAE Elevators & Lifts and d/b/a RAE Elevators, Inc.**

Case No. _____

Debtor(s)

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **James Mecha** | | **100% membership interest** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 17, 2021**

Signature **/s/ James Mecha**

**James Mecha**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Maple Management, LLC d/b/a RAE Elevators & Lifts and d/b/a RAE Elevators, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **5**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **February 17, 2021**

**/s/ James Mecha**
**James Mecha/Manager**
Signer/Title

Greenwich Capital Management L.P.
c/o Diane M. Gipstein, Esq.
Gipstein Law PLLC
360 Hamilton Avenue, Suite 615
White Plains, NY 10601


Greenwich Capital Management L.P.
108 Greenwich Street, 5th floor
New York, NY 10006


Trustees of the National Elevator
Industry Pension and Benefits Fund
c/o Joseph P. Berglund, Esq.
Law Offices Of Joseph P. Berglund
1010 Jorie Blvd., Suite 370
Oak Brook, IL 60523-2229


Savaria USA
30 Main Street
Burlington, VT 05401


SBA
PO Box 156089
Fort Worth, TX 76155


SBA
c/o First Midwest Bank
8750 W. Bryn Mawr Ave., Suite 1300
Chicago, IL 60631-3635

# United States Bankruptcy Court
## Northern District of Illinois

In re    Maple Management, LLC d/b/a RAE Elevators & Lifts and d/b/a RAE
Elevators, Inc.                                                          Case No. _____
_____
                                          Debtor(s)          Chapter      **11**    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Maple Management, LLC d/b/a RAE Elevators & Lifts and d/b/a RAE Elevators, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_____
**February 17, 2021**
Date

**/s/ Ariel Weissberg**
_____
**Ariel Weissberg 03125591**
Signature of Attorney or Litigant
Counsel for   **Maple Management, LLC d/b/a RAE Elevators & Lifts and
d/b/a RAE Elevators, Inc.**
_____
**Weissberg and Associates, Ltd.**
**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**
**312-663-0004 Fax:312-663-1514**
**ariel@weissberglaw.com**